UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES JORDAN, IV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-3842 (UNA) ) |
| JACKSON PARISH SHERIFF DEPARTMENT, | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

This matter, filed *pro se*, is before the Court on its initial review of the Complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Laurel, Maryland, has sued a Sheriff's Department in Jonesboro, Louisiana. In the one-page complaint, Plaintiff alleges only that "defendant and defendants other law enforcement workers (surrounding cities in same parish town, etc) ha[ve] been harassing, assaulting, terrorizing, falsely arresting (1 year prison) plaintiff." He demands no relief. Plaintiff

1

has neither presented a federal question nor pleaded facts establishing diversity jurisdiction. Therefore, this action will be dismissed by separate order.

                                                          /s/
                                      CHRISTOPHER R. COOPER
                                      United States District Judge

Date:  January 23, 2023